DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLIVER S. STEEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1851

[September 6, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Harold Merrigan, Judge; L.T. Case No. 89 26582CF10B.

Oliver S. Steel, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***